# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4103
_____

JAMES GREENWOOD,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

On Petition for Writ of Prohibition—Original Jurisdiction.
J. Scott Duncan, Judge.

June 25, 2018

PER CURIAM.

DENIED.

WETHERELL, MAKAR, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jason Cromey of Cromey Law, P.A., Pensacola, for Petitioner.

Pamela Jo Bondi, Attorney General, and Daniel Krumbholz, Assistant Attorney General, Tallahassee, for Respondent.